

GABRIEL P. HARVIS
BAREE N. FETT

October 29, 2015

<u>BY ECF AND HAND</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Cambpell v. City of New York, et al.*, 15 CV 2088 (PAE)

Your Honor:

    I represent plaintiff in the above-referenced action. I write pursuant to the Court's Individual Practices to respectfully enclose two courtesy copies of the following materials filed on ECF in connection with plaintiff's request for an Infant Compromise Order pursuant to Local Civil Rule 83.2:

1. Affidavit of Julia Campbell in Support of Infant Compromise, dated October 29, 2015;
2. Declaration of Gabriel P. Harvis in Support of Infant Compromise Regarding Claims of A.C., and supporting exhibits, dated October 29, 2015; and
3. Proposed Infant Compromise Order.

    Accordingly, plaintiff respectfully requests that the Court review the materials and endorse her proposed order.[1]

---

[1] Based on the prior experience of the undersigned, the New York City Comptroller will not take action upon a "proposed" order. Thus, should the Court be inclined to endorse plaintiff's proposed order, plaintiff respectfully requests that the Court strike the word "proposed" from the caption before filing the document.

Hon. Paul A. Engelmayer
October 29, 2015

    Thank you for your attention to this matter.

Yours truly,

Gabriel P. Harvis

Encls.

cc:    ACC Suzanne E. Aribakan, Esq.