# Harvis Wright & Fett LLP
## Advanced Client Costs
All Transactions

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| A.C. | | | | | |
| Check | 03/18/15 | 1811 | A.C. | Filing Fee | 400.00 |
| Check | 03/26/15 | 1817 | A.C. | Criminal Court Records | 40.00 |
| Check | 03/26/15 | 1818 | A.C. | Case filed | 50.00 |
| Credit Card Charge | 04/01/15 | | A.C. | Med Recs - St. Barnabus | 29.24 |
| Check | 04/08/15 | 1828 | A.C. | Criminal Court Records | 40.00 |
| Check | 05/29/15 | 1871 | A.C. | Service CNY | 20.00 |
| Check | 08/27/15 | 1932 | A.C. | Service Rodriguez, Hollis, Barb... | 150.00 |
| Check | 10/29/15 | CASH | A.C. | Client transport to sett conf | 50.00 |
| Total A.C. | | | | | 779.24 |
| TOTAL | | | | | 779.24 |