CERTAIN & ZILBERG, PLLC
909 THIRD AVENUE, 28TH FLOOR
NEW YORK, NEW YORK 10022
TEL. 212.687.7800
FAX 212.687.7801

Writer's Extension: x225
Writer's Email: certain@certainlaw.com

January 30, 2015

Gabriel P. Harvis, ESQ.
Harvis Wright & Fett LLP
305 Broadway, 14th Floor
New York, NY 10007
Telephone: 855-981-1728

RE: Campbell/Carmona v City of New York
    Alec Carmona Notice of Lien for Legal Services.

Dear Counsel,

Please acknowledge our lien in the amount of $3,080 for the legal services rendered by our office in connection with the representation, investigation, probation intake and court appearances concerning the family court division intake and evaluation of potential charges related to the juvenile arrest of December 21, 2013.

Thank you,

Gary Certain
CERTAIN & ZILBERG, PLLC