

| | | |
|---|---|---|
| From | **Harvis & Fett LLP** | |
| | 305 Broadway, 14th Floor | |
| | New York, New York 10007 | |

| | | | |
|---|---|---|---|
| Invoice ID | **H047** | Invoice For | **Campbell, Julia as mng A.C. v. CNY, et al., 15 CV 2088 (PAE)** |
| Issue Date | 11/03/2015 | | |
| Due Date | 11/03/2015 (upon receipt) | | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 01/29/2015 - Phone Call / Gabriel Harvis: Referring attorney regarding potential case | 0.50 | $400.00 | **$200.00** |
| 01/30/2015 - E-mail / Gabriel Harvis: Referring attorney re communication with client, enclosing case file | 0.20 | $400.00 | **$80.00** |
| 01/30/2015 - Review File / Gabriel Harvis: Review case file, photos, notice of claim, attorney lien; attention to statutes of limitation and 50-h scheduling | 1.50 | $400.00 | **$600.00** |
| 02/09/2015 - E-mail / Gabriel Harvis: Referring attorney re update | 0.10 | $400.00 | **$40.00** |
| 02/18/2015 - E-mail / Gabriel Harvis: Referring attorney re scheduling | 0.10 | $400.00 | **$40.00** |
| 02/25/2015 - E-mail / Gabriel Harvis: Referring attorney re timing, logistics | 0.10 | $400.00 | **$40.00** |
| 02/27/2015 - E-mail / Gabriel Harvis: Referring attorney re initial client meeting | 0.20 | $400.00 | **$80.00** |
| 02/27/2015 - Phone Call / Gabriel Harvis: Potential client re initial phone consult; scheduling initial meeting | 0.40 | $400.00 | **$160.00** |
| 03/04/2015 - Meeting / Gabriel Harvis: Initial client intake meeting w Kenneth Carmona, Julia Campbell and A.C.; investigation of facts, review of retainer and releases, preparation for 50-h hearings | 2.00 | $400.00 | **$800.00** |
| 03/09/2015 - Review (Other) / Gabriel Harvis: Ltr to hospital requests recs | 0.10 | $400.00 | **$40.00** |
| 03/09/2015 - Review (Other) / Gabriel Harvis: FOIL request to NYPD | 0.10 | $400.00 | **$40.00** |
| 03/09/2015 - Review (Other) / Gabriel Harvis: Requests to family court and bronx county criminal court requesting recs | 0.10 | $400.00 | **$40.00** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 03/17/2015 - Meeting / Gabriel Harvis: Famiily re prep for 50-h hearings | 0.80 | $400.00 | $320.00 |
| 03/17/2015 - Review (Other) / Gabriel Harvis: Notes of attorney defending hearing; proposed errata; additional releases required | 0.60 | $400.00 | $240.00 |
| 03/17/2015 - Review File / Gabriel Harvis | 0.50 | $400.00 | $200.00 |
| 03/17/2015 - Pleadings / Gabriel Harvis: Initial draft complaint | 1.30 | $400.00 | $520.00 |
| 03/18/2015 - Pleadings / Gabriel Harvis: Edit/finalize complaint; prepare for filing | 0.80 | $400.00 | $320.00 |
| 03/18/2015 - Phone Call / Gabriel Harvis: Clients re facts for complaint | 0.20 | $400.00 | $80.00 |
| 03/18/2015 - Review (Other) / Gabriel Harvis: Ltr to clients re additional releases | 0.10 | $400.00 | $40.00 |
| 03/26/2015 - Review (Other) / Gabriel Harvis: Ltr from NYPD FOIL dept | 0.10 | $400.00 | $40.00 |
| 03/30/2015 - Review (Other) / Gabriel Harvis: Documents received from FOIL - Sprint, arrest report, property vouchers | 0.50 | $400.00 | $200.00 |
| 03/30/2015 - Review (Other) / Gabriel Harvis: Medical records from St. Barnabas | 0.80 | $400.00 | $320.00 |
| 03/30/2015 - Research / Gabriel Harvis: Online search re maxillary sinus hemorrhage, orbital herniation | 0.30 | $400.00 | $120.00 |
| 03/31/2015 - E-mail / Gabriel Harvis: Participating attorney re case update, documents received, outlook | 0.20 | $400.00 | $80.00 |
| 04/06/2015 - Review (Other) / Gabriel Harvis: 50-h hearing transcripts of Julia Campbell and A.C., consider errata | 1.30 | $400.00 | $520.00 |
| 04/09/2015 - Review (Other) / Gabriel Harvis: Complaint and releases to CNY per LR 83.10 | 0.10 | $400.00 | $40.00 |
| 05/15/2015 - Review (Other) / Gabriel Harvis: Affidavit of service | 0.10 | $400.00 | $40.00 |
| 05/26/2015 - Review File / Gabriel Harvis: Case review | 0.40 | $400.00 | $160.00 |
| 06/16/2015 - Phone Call / Gabriel Harvis: Defense counsel re medical releases; settlement | 0.30 | $400.00 | $120.00 |
| 06/16/2015 - Discovery / Gabriel Harvis: Bates stamp medical records, e-mail to def counsel as P1-36 | 0.20 | $400.00 | $80.00 |
| 06/30/2015 - Review (Other) / Gabriel Harvis: Answer | 0.30 | $400.00 | $120.00 |
| 06/30/2015 - Phone Call / Gabriel Harvis: Participating counsel re status | 0.20 | $400.00 | $80.00 |
| 06/30/2015 - Admin / Gabriel Harvis: Calendar LR 83.10 deadlines | 0.20 | $75.00 | $15.00 |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 07/01/2015 - Review (Other) / Gabriel Harvis: Additional medical releases | 0.10 | $400.00 | **$40.00** |
| 07/01/2015 - Review (Other) / Gabriel Harvis: Assignment of mediator; online research re assigned mediator | 0.20 | $400.00 | **$80.00** |
| 07/15/2015 - E-mail / Gabriel Harvis: Exchange w/ mediator and ACC re scheduling, departure of ACC, reassignment of case | 0.30 | $400.00 | **$120.00** |
| 07/17/2015 - Discovery / Gabriel Harvis: Review file; prepare plaintiff's initial and limited disclosures; e-mail to def counsel production of P37-133 | 2.80 | $400.00 | **$1,120.00** |
| 07/17/2015 - Discovery / Gabriel Harvis: Review defs' initial disclosures and documents DEF1-46 | 1.30 | $400.00 | **$520.00** |
| 07/17/2015 - Research / Gabriel Harvis: Online/pacer search re officers involved | 0.60 | $400.00 | **$240.00** |
| 07/17/2015 - E-mail / Gabriel Harvis: Exchange w/ def counsel re productions | 0.10 | $400.00 | **$40.00** |
| 08/04/2015 - Review (Other) / Gabriel Harvis: Notice of appearance by new def counsel | 0.10 | $400.00 | **$40.00** |
| 08/04/2015 - Pleadings / Gabriel Harvis: Review file; draft/edit/file First Amended Complaint | 1.80 | $400.00 | **$720.00** |
| 08/05/2015 - Admin / Gabriel Harvis: Prepare summonses, rider; file requests for issuance | 0.40 | $75.00 | **$30.00** |
| 08/07/2015 - Review File / Gabriel Harvis: Prepare written settlement demand per LR 83.10; e-mail to def counsel | 1.00 | $400.00 | **$400.00** |
| 08/07/2015 - E-mail / Gabriel Harvis: Def counsel re scheduling of mediation | 0.10 | $400.00 | **$40.00** |
| 08/10/2015 - E-mail / Gabriel Harvis: Def counsel re scheduling of mediation call | 0.10 | $400.00 | **$40.00** |
| 08/11/2015 - E-mail / Gabriel Harvis: Mediator re scheduling | 0.10 | $400.00 | **$40.00** |
| 08/12/2015 - E-mail / Gabriel Harvis: Mediator re scheduling call | 0.10 | $400.00 | **$40.00** |
| 08/13/2015 - Phone Call / Gabriel Harvis: Participating attorney re status, strategy | 0.20 | $400.00 | **$80.00** |
| 08/13/2015 - Phone Call / Gabriel Harvis: w/ mediator and def counsel re scheduling | 0.40 | $400.00 | **$160.00** |
| 08/14/2015 - Review (Other) / Gabriel Harvis: Medical records from dentist; online research re occlusion and crowns | 0.50 | $400.00 | **$200.00** |
| 08/14/2015 - Discovery / Gabriel Harvis: Bates stamp P134-141, e-mail production to def counsel | 0.20 | $400.00 | **$80.00** |
| 08/14/2015 - Review (Other) / Gabriel Harvis: ECF bounce scheduling mediation | 0.10 | $400.00 | **$40.00** |

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| 08/14/2015 - Phone Call / Gabriel Harvis: Clients re scheduling, status | 0.30 | $400.00 | **$120.00** |
| 08/20/2015 - Review (Other) / Gabriel Harvis: E-mail from ACC to mediator | 0.10 | $400.00 | **$40.00** |
| 08/20/2015 - E-mail / Gabriel Harvis: ACC re mediation | 0.10 | $400.00 | **$40.00** |
| 08/26/2015 - E-mail / Gabriel Harvis: ACC and mediator re scheduling | 0.20 | $400.00 | **$80.00** |
| 08/27/2015 - Review File / Gabriel Harvis: Case review | 0.50 | $400.00 | **$200.00** |
| 08/27/2015 - Admin / Gabriel Harvis: File affidavits of service | 0.20 | $75.00 | **$15.00** |
| 08/28/2015 - E-mail / Gabriel Harvis: Exchange w/ def counsel re treating physicians | 0.20 | $400.00 | **$80.00** |
| 08/28/2015 - E-mail / Gabriel Harvis: TS re medical treatment, discussion w/ clients | 0.20 | $400.00 | **$80.00** |
| 09/02/2015 - Review (Other) / Gabriel Harvis: E-mail from ACC re injuries, treatment, expert | 0.10 | $400.00 | **$40.00** |
| 09/03/2015 - E-mail / Gabriel Harvis: Exchange w/ ACC re treatment, damages, settlement | 0.40 | $400.00 | **$160.00** |
| 09/08/2015 - Review (Other) / Gabriel Harvis: Defs' answer to FAC | 0.20 | $400.00 | **$80.00** |
| 09/18/2015 - Review File / Gabriel Harvis: Case review | 0.30 | $400.00 | **$120.00** |
| 09/21/2015 - E-mail / Gabriel Harvis: ACC and mediator re scheduling | 0.20 | $400.00 | **$80.00** |
| 09/22/2015 - Phone Call / Tatiana Strickland: spoke with Kenneth (A.C.'s father) re upcoming mediation | 0.30 | $75.00 | **$22.50** |
| 09/22/2015 - E-mail / Gabriel Harvis: ACC and mediator re scheduling | 0.20 | $400.00 | **$80.00** |
| 09/25/2015 - E-mail / Gabriel Harvis: Exchange w/ def counsel re City's initial offer, rationale | 0.20 | $400.00 | **$80.00** |
| 09/28/2015 - Review File / Gabriel Harvis: Re mediation statement | 0.80 | $400.00 | **$320.00** |
| 09/28/2015 - Correspondence / Gabriel Harvis: Prepare ex parte mediation statement; submit | 2.70 | $400.00 | **$1,080.00** |
| 09/30/2015 - Review File / Gabriel Harvis: Prep for mediation | 2.25 | $400.00 | **$900.00** |
| 09/30/2015 - Phone Call / Gabriel Harvis: Clients re mediation | 0.30 | $400.00 | **$120.00** |
| 10/01/2015 - Court Conference / Gabriel Harvis: Attend mediation | 6.30 | $400.00 | **$2,520.00** |
| 10/01/2015 - Phone Call / Gabriel Harvis: Clients re mediation | 0.50 | $400.00 | **$200.00** |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 10/01/2015 - Review (Other) / Gabriel Harvis: City's proposed ltr to Court | 0.10 | $400.00 | **$40.00** |
| 10/02/2015 - Review (Other) / Gabriel Harvis: Def counsel's ltr to Court re settlement | 0.10 | $400.00 | **$40.00** |
| 10/15/2015 - Research / Tatiana Strickland: obtaining no lien for medicaid | 1.25 | $75.00 | **$93.75** |
| 10/29/2015 - Meeting / Gabriel Harvis: Julia Campbell re review infant comp materials | 0.40 | $400.00 | **$160.00** |
| 10/29/2015 - Motion / Gabriel Harvis: Prepare affidavit of Julia Campbell in support of infant compromise; GPH Declaration; proposed order; finalize costs; prepare exhibits, courtesy copy | 3.50 | $400.00 | **$1,400.00** |

**Amount Due** **$18,076.25**

Total attorney time: **44.6 hours** (including **.8 hours** of administrative time)
Total paralegal time: **1.6 hours**